UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
                                           :

SPORT DIMENSION, INC.,                   :

                 Plaintiff,        :

                                           :

            -v-                  :           26 Civ. 3944 (JPC)

                                         :

THE INDIVIDUALS, CORPORATIONS, LIMITED   :           ORDER
LIABILITY COMPANIES, PARTNERSHIPS, AND   :
UNINCORPORATED ASSOCIATIONS IDENTIFIED   :
ON SCHEDULE A TO THE COMPLAINT,        :

                                         :

              Defendants.      :

                                       :
--------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On June 11, 2026, at 11:00 a.m., Plaintiff Sport Dimension shall appear before the undersigned for a Webex conference regarding its motions for a TRO, expedited discovery, alternative service, and the sealing of several of its submissions. *See* Dkts. 21-23. At the conference, Sport Dimension must be prepared to discuss, in detail, the Declaration of Shengmao Mu, Dkt. 24 ("Mu Declaration"), Exhibit 1 to the Mu Declaration, Dkt. 27, and Exhibit 2 to the Amended Complaint, Dkt. 26, as well as how Sport Dimension identified any physical addresses for Defendants that it attempted to locate through Google Maps, *see* Mu Declaration ¶ 12. At the scheduled time, Sport Dimension should call (855) 244-8681, access code 2302 755 2307.

       SO ORDERED.

Dated:   June 10, 2026
         New York, New York

                                         JOHN P. CRONAN
                               United States District Judge