UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                 :

SPORT DIMENSION, INC.,            :

            Plaintiff,      :

       -v-        :     26 Civ. 3944 (JPC)

THE INDIVIDUALS, CORPORATIONS, LIMITED  :     ORDER
LIABILITY COMPANIES, PARTNERSHIPS, AND  :
UNINCORPORATED ASSOCIATIONS IDENTIFIED  :
ON SCHEDULE A TO THE COMPLAINT,  :

       Defendants.   :

-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On June 30, 2026, at 11:00 a.m., Plaintiff Sport Dimension shall appear before the undersigned for a conference regarding its motion to serve Defendants with notice of the Court's June 24, 2026 Order, Dkt. 34, by electronic means. *See* Dkt. 35. The conference will be held in Courtroom 12D of 500 Pearl Street, New York, NY 10007.

     SO ORDERED.

Dated:   June 26, 2026
       New York, New York

                             JOHN P. CRONAN
                       United States District Judge