UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| SPORT DIMENSION, INC., Plaintiff, -v- EDIFIER ONLINE STORE, *et al.*, Defendants. | : | 26 Civ. 3944 (JPC) ORDER |

JOHN P. CRONAN, United States District Judge:

Federal Rule of Civil Procedure 65(a)(1) provides that a "court may issue a preliminary injunction only on notice to the adverse party." On July 17, 2026, Plaintiff filed a "certificate of service" from its counsel, who stated, "I or somebody under my direction electronically published the Amended Complaint, TRO, all signed Orders and scheduling orders, and all other documents on a website," and that "I or somebody under my direction sent an e-mail that includes a link to said website to all known e-mail addresses for Defendants, notifying Defendants of the hearing on Plaintiff's request for [a] preliminary injunction scheduled for July 21, 2026[,] at 4:00 p.m. by telephone conference before Judge John P. Cronan." Dkt. 45 ¶¶ 5-6. These statements do not suffice to show that Defendants have received notice of Plaintiff's motion for a preliminary injunction because, among other issues, they do not indicate (1) what "known e-email addresses" Plaintiff emailed; (2) which Defendants those email addresses belong to; and (3) whether there are reasons to believe that an email to such email addresses is likely to apprise Defendants of Plaintiff's motion for a preliminary injunction. The Court previously discussed these issues with Plaintiff's counsel at a conference on June 30, 2026. No later than 8:00 p.m. today, Plaintiff must make a supplemental submission addressing these deficiencies.

SO ORDERED.

Dated: July 20, 2026
New York, New York

JOHN P. CRONAN
United States District Judge