UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- X

SPORT DIMENSION, INC.,

Plaintiff,

-v-

ALIN, *et al.*,

Defendants.

---------------------------------------------------------------------- X

26 Civ. 3944 (JPC)

<u>ORDER</u>

JOHN P. CRONAN, United States District Judge:

On July 22, 2026, the Court ordered Plaintiff to file a status letter as to this case every thirty days. No later than August 28, 2026, Plaintiff must file such a status letter.

SO ORDERED.

Dated: August 25, 2026
New York, New York

JOHN P. CRONAN
United States District Judge